IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MARY WHITTED-JUSTICE ) | (EDNC File No.5:13-cv-00622-D) |
| Plaintiff, ) | |
| v. ) | |
| COLGATE-PALMOLIVE ) COMPANY, et al. ) | |
| Defendants. ) | |

### ORDER

This matter is before the Court on the Joint Motion to Dismiss Plaintiff's claims against only Defendant UNION CARBIDE CORPORATION pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. There being no opposition, the motion is ALLOWED. IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant UNION CARBIDE CORPORATION, ONLY is hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs.

SO ORDERED. This _5_ day of August 2014.

JAMES C. DEVER III
Chief United States District Judge