IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MARY WHITTED-JUSTICE | ) | (EDNC File No.5:13-cv-00622-**BO** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COLGATE-PALMOLIVE | ) | |
| COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Joint Motion to Dismiss Plaintiff's claims against Defendant METROPOLITAN LIFE INSURANCE COMPANY, only, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. There being no opposition, the motion is ALLOWED. IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant METROPOLITAN LIFE INSURANCE COMPANY, ONLY is hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs.

This is the **14** day of **May**, 2015.

*[signature]*
U.S. District Court Judge