UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:13-CV-622-BO

| | | |
|---|---|---|
| MARY ANN WHITTED-JUSTICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| COLGATE-PALMOLIVE COMPANY, | ) | |
| *et al.*, | ) | |
| Defendants. | ) | |

The Court has been advised that plaintiff and the remaining defendant Colgate-Palmolive have settled all matters in controversy among them. The parties are therefore DIRECTED to file a stipulation of dismissal within forty-five (45) days of the date of entry of this order, subject to the right of any party to provide notice to the Court within that time that the settlement will not be consummated or that additional time is needed to finalize the settlement. Failure to comply with this order will result in this matter being dismissed with prejudice at the close of the forty-five day period. In light of the foregoing, the pending motions [DE 88, 90, 92, 94, 96, 98, 100, 101, 104, 106, 108, 110, 116] are DENIED WITHOUT PREJUDICE.

SO ORDERED, this 24 day of June, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE